

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2018

No. 04-18-00431-CV

Don **SHIN**,
Appellant

v.

**1800 BROADWAY URBAN RESIDENCES**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV01697
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

Appellant's brief was due August 2, 2018. Neither the brief nor a motion for extension of time was filed.

We therefore **ORDER** appellant Don Shin to file in this court, **on or before August 17, 2018** his appellant's brief and a written response reasonably explaining his failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

We **order** the clerk of this court to serve a copy of this order on appellant, who is pro se, and counsel for appellee.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court